**AVIALL SERVICES INC.,**
**Plaintiff–Appellant,**

v.

**COOPER INDUSTRIES INC.,**
**Defendant–Appellee.**

No. 06–10996.

United States Court of Appeals,
Fifth Circuit.

July 2, 2007.

Stacy R. Obenhaus, Gardere Wynne Sewell, Dallas, TX, Richard Oran Faulk, Gardere Wynne Sewell, Houston, TX, for Plaintiff–Appellant.

Charles Michael Moore, Locke Liddell & Sapp, Dallas, TX, Dale E. Stephenson, Allan Anthony Kacenjar, Squire, Sanders & Dempsey, Cleveland, OH, for Defendant–Appellee.

Before KING, HIGGINBOTHAM, and GARZA, Circuit Judges.

PER CURIAM: *

This case is remanded to the district court for reconsideration in light of the Supreme Court's recent decision in *United States v. Atlantic Research Corp.,* —— U.S.

<hr />

——, 127 S.Ct. 2331, 168 L.Ed.2d 28 (2007) (No. 06–562).

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.